**UNITED STATED DISTRICT COURT**
**for the**
**Northern District of Ohio**

CENTER POINT, INC.

Plaintiff,

v. Civil Action No.: 1:18-OP-45921-DAP

MCKESSON CORPORATION, et al.,

Defendant.
_________________________________/

**NOTICE OF DISMISSAL PURSUANT TO ORDER REGARDING NON-HOSPITAL HEALTHCARE PROVIDERS (DOC. NUMBER 6612)**

COMES NOW the Plaintiff, CENTER POINT, INC., by and through their undersigned attorney, pursuant to this court's Order regarding Non-Hospital Healthcare Providers (Doc. Number 6612) and dismiss this cause with prejudice.

Dated this 23rd day of July 2026.


*/s/ J. Nixon Daniel, III*
**J. NIXON DANIEL, III**
**FL Bar No.:228761**
**Phelps Dunbar, LLP**
501 Commendencia Street
Pensacola, FL 32502
(850) 469-3306
(850) 469-3331 – fax
nix.daniel@phelps.com
donna.nall@phelps.com
*Attorney for Plaintiff*


**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT JUDGE**

**Date: July 27, 2026**